**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **DAVID M KENNEDY JR** | **CIVIL ACTION NO. 24-cv-769 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **D A OFFICE RICHLAND PARISH ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 5] previously filed herein, having thoroughly reviewed the record, noting the lack of objection thereto by Plaintiff David M. Kennedy, Jr. (Plaintiff), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Emergency Ex Parte Preliminary Injunction [Doc. No. 2] filed by Plaintiff is **DENIED**.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 3rd day of July 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE