UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DAVID M. KENNEDY, JR.** | **CIVIL ACTION NO. 24-0769** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **RICHLAND PARISH DISTRICT ATTORNEY'S OFFICE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, together with the Objection [Doc. No. 9] filed by Plaintiff David M. Kennedy, Jr. ("Kennedy") with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Kennedy's claims for habeas corpus concerning his conditions of confinement and medical care are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Kennedy's remaining claims are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 22nd day of August 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**